ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*
[FILED UNDER SEAL]

FILED UNDER SEAL

FILED
JUN 30 2008
U.S. COURT OF FEDERAL CLAIMS

ASHBRITT, INC.
480 South Andrews Avenue, Suite 103
Pompano Beach, Florida 33069

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. 108-473 C

**MOTION FOR PERMANENT INJUNCTION**

Pursuant to Rule 65 of the Rules of the Court of Federal Claims, Plaintiff AshBritt, Inc., moves the Court for a permanent injunction enjoining the Defendant, the Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from allowing or ordering performance under the contracts awarded as a result of Solicitation Number W912P8-07-R-0101, the Advance Contracting Initiative Single Award Task Order Contract for Debris Management Services within the United States and its territories.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*AshBritt, Inc.*

June 30, 2008

OF COUNSEL:

William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, June 30, 2008, two copies of the foregoing, by hand delivery on the following party:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor