ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid Protest***
**[FILED UNDER SEAL]** FILED UNDER SEAL

ASHBRITT, INC.
480 South Andrews Avenue, Suite 103
Pompano Beach, Florida 33069

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. 08-473 C

FILED
JUN 30 2008
U.S. COURT OF FEDERAL CLAIMS

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) and Appendix C of the Rules of the United States Court of Federal Claims, plaintiff respectfully requests that this Court grant it leave to file under seal and that it enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary or source selection information in accordance with the terms and conditions set forth in the proposed protective order.

This case involves competitive procurement matters and includes proprietary information that was previously under GAO protective order and may reveal further confidential pricing information, source selection information, and other sensitive procurement information. Because

the Complaint and the record contain protected materials necessary to safeguard the competitive process, we request that all filings be under seal in this case.

For the foregoing reasons, plaintiff respectfully requests that this Court grant Plaintiff leave to file under seal and issue the attached proposed protective order.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff AshBritt, Inc.*

June 30, 2008

OF COUNSEL:

William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, June 30, 2008, two copies of the foregoing, by hand delivery on the following party:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor