# United States Court of Federal Claims

**No. 08-473C**
**Bid Protest**
**(Filed: July 1, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
**ASHBRITT, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,.**

**and**

**CERES ENVIRONMENTAL SERVICES, INC. and ENVIRONMENTAL CHEMICAL CORPORATION,**

**Intervenors.**
* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court held a status conference on July 1, 2008, and ruled as follows:

1. Absent objection, the Court **GRANTED** the oral motions of Ceres Environmental Services, Inc. and Environmental Chemical Corporation to intervene in this proceeding.

2. Absent objection, for the purpose of this status conference, the Court **GRANTED** access to information under protective order to counsel for all parties.

3. The Court **ORDERED** that Defendant file the administrative record no later than **July 18, 2008.**

4. Plaintiff shall file any motion to supplement the administrative record no later than **July 24, 2008**. Defendant shall file any opposition to such motion by **July 31, 2008**. The Court shall rule on Plaintiff's motion during a telephonic conference on **August 4, 2008 at 11 a.m, ET.**

5. Plaintiff shall file its motion for judgment upon the administrative record no later than **August 25, 2008**. Defendant and Intervenors shall file their cross-motions for judgment upon the administrative record and oppositions to Plaintiff's motion no later than **September 26, 2008.** Plaintiff shall file its opposition to Defendant's and Intervenors' cross-motions and its reply to Defendant's and Intervenors' opposition, no later than **October 10, 2008.** Defendant and Intervenors shall file their replies to Plaintiff's opposition no later than **October 24, 2008.** Oral argument on the cross-motions will be held at the Court of Federal Claims, 717 Madison Place, NW, Washington, DC 20005, on **October 31, 2008 at 2 p.m. ET.** The location of the courtroom will be posted that day.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**