IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASHBRITT, INC.<br>480 South Andrews Avenue,<br>Suite 103<br>Pompano Beach, Florida 33069 | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-473C<br>(Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID LEVITT as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID LEVITT
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

S/ David A. Levitt

DAVID LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0309
Facsimile: (202) 514-7965

Dated: July 2, 2008

CERTIFICATE OF Filing

I hereby certify under penalty of perjury that on this 2nd day of July, 2008, I caused the foregoing Notice of Appearance to be filed through the Court's Electronic Filing System.

S/ D. Levitt