**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid Protest***

| | | |
|---|---|---|
| **ASHBRITT, INC.** | ) | **No. 08-00473** |
| | ) | |
| **Plaintiff,** | ) | **Judge Mary Ellen Coster Williams** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO INTERVENE AND NOTICE OF APPEARANCE

Ceres Environmental Services, Inc. ("Ceres") moves this Court for an Order granting Ceres' request to Intervene as a matter of right, by and through the undersigned counsel. The authority to intervene is found at Rule 24(a)(2) of the Court of Federal Claims. The undersigned also provide this notice to the Court and parties of the undersigned attorneys' appearance representing Ceres Environmental Services, Inc.

Ceres was awarded contracts as a result of the solicitation that is the subject of this action and claims an interest relating to the solicitation and those contracts. The disposition of this action may as a practical matter impair or impede Ceres' ability to protect that interest and Ceres' interests are not adequately represented by the existing parties to this action.

The Court conducted a telephonic Initial Scheduling Conference on July 1, 2008, and allowed counsel for Ceres to participate in advance of filing this motion. During that conference, Ceres counsel was allowed to move to intervene. The Court granted the motion. This written motion confirms the oral motion and the Court's action.

Also during the Initial Scheduling Conference, counsel for Ceres noted the appearance of both undersigned attorneys as well as John S. Tobey, Esq., also an attorney with Smith, Currie &

Hancock LLP. If Mr. Tobey is admitted to practice before the Court, we will submit his Notice of Appearance. Ceres counsel further requested that all three named attorneys be admitted to the Court's Protective Order. The Court granted the requests subject to the requirement to sign and submit written requests in accordance with the Court's Rules. We are preparing the requests for the undersigned and will submit a request for Mr. Tobey once he is admitted to practice before this Court.

## FACTS

AshBritt, Inc. ("AshBritt") indicated in its June 27, 2008 Notice of Filing that it intends to commence an action in the United States Court of Federal Claims seeking permanent injunctive and declaratory relief against Defendant, the United States, involving a contract solicitation issued by the United States Army Corps of Engineers. The solicitation number is W912P8-07-R-0101 ("the solicitation"). Ceres is an awardee under the solicitation.

The solicitation being protested in this procurement was issued in connection with the Advance Contracting Initiative Single Award Task Order Contract(s) for Debris Management Services within the United States and its territories.

This action was preceded by two protests filed by AshBritt before the Government Accountability Office ("GAO"), B-310442.2 and B-310442.3. The GAO dismissed B-310442.2 as academic on March 5, 2008. AshBritt waived its complaints and withdrew B-310442.3 on June 20, 2008.

## AUTHORITY AND APPLICATION

Rule 24(a)(2) of the Court of Federal Claims states a party may intervene:

> When the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to

protect that interest, unless the applicant's interest is adequately represented by existing parties.

Ceres claims an interest in the solicitation and more particularly in the contract awards that resulted from the solicitation. Ceres received multiple awards based on the solicitation. AshBritt apparently seeks to overturn these awards. Disposition of this action without Ceres' intervention, therefore impairs (as a practical matter) or impedes Ceres' ability to protect its interests in these awards. Ceres' interest in these particular awards is distinct such that Ceres' interests are not adequately represented by existing parties.

Wherefore, Ceres, as Intervenor, respectfully requests this Honorable Court:

1) Grant Ceres' Motion to Intervene;
2) Accept the Notice of Appearance of Karl Frederick Dix as lead attorney and Steven L. Reed, of Counsel, as counsel for Ceres;
3) Provide notice of any hearings or conferences set by the Court so that counsel for Ceres may attend;
4) Issue a protective order;
5) Provide notification when the protective order is issued so that Counsel for Ceres may seek admission;
6) Provide access to Counsel for Ceres to all documents filed to date in the Court, including documents under seal and documents subject to the Court's Protective Order; and
7) That the Court and parties take note of the following information for correspondence and receipt of materials filed with the court:

Karl Frederick Dix
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Ave NE
Atlanta, GA 30303

Phone: 404-521-3800
Fax: 404-688-0671
Email: kfdix@smithcurrie.com

Steven L. Reed, Of Counsel
Smith, Currie & Hancock LLP
Suite 600 South
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-742-6661
Fax: 202-742-6662
Email: slreed@smithcurrie.com

Respectfully submitted this 2nd day of July 2008.

By: /s/ Karl Frederick Dix
Karl Frederick Dix
2700 Marquis One Tower
245 Peachtree Center Ave NE
Atlanta, GA 30303
Phone: 404-521-3800
Fax: 404-688-0671
kfdix@smithcurrie.com

By: /s/ Steven L. Reed
Steven L. Reed
Suite 600 South
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-742-6661
Fax: 202-742-6662
Email: slreed@smithcurrie.com

**OF COUNSEL**
**SMITH, CURRIE & HANCOCK LLP**

Attorneys for Intervenor
**CERES ENVIRONMENTAL SERVICES, INC.**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid Protest***

| | | |
|---|---|---|
| **ASHBRITT, INC.** | ) | **No. 08-00473** |
| | ) | |
| **Plaintiff,** | ) | **Judge Mary Ellen Coster Williams** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO INTERVENE OF CERES ENVIRONMENTAL SERVICES, INC.**

THIS CAUSE, having come before the Court on Proposed Intervenor's Motion to Intervene, and the Court having reviewed the Motion and being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Intervenor's Motion be and is hereby GRANTED.

DONE AND ORDERED on the _____ day of July, 2008.

______________________________
Judge Mary Ellen Coster Williams
United States Court of Federal Claims