**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid Protest***

| | | |
|---|---|---|
| **ASHBRITT, INC.** | ) | **No. 08-00473** |
| | ) | |
| **Plaintiff,** | ) | **Judge Mary Ellen Coster Williams** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John S. Tobey, of Counsel, as counsel for Intervenor Ceres Environmental Services and note the following information for correspondence and receipt of materials filed with the Court:

John S. Tobey
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Ave NE
Atlanta, GA 30303
Phone: 404-521-3800
Fax: 404-688-0671
jstobey@smithcurrie.com

Respectfully submitted this 8th day of July, 2008.

By: /s/ John S. Tobey ____________
**Of Counsel**
**Smith, Currie & Hancock LLP**
2700 Marquis One Tower
245 Peachtree Center Ave NE
Atlanta, GA 30303
Phone: 404-521-3800
Fax: 404-688-0671
jstobey@smithcurrie.com

Attorneys for Intervenor
**CERES ENVIRONMENTAL SERVICES, INC.**