# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST
## ELECTRONICALLY FILED ON JULY 10, 2008

| | | |
|---|---|---|
| ASHBRITT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-00473 |
| THE UNITED STATES, | ) | (Judge Williams) |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard B. Oliver as Attorney of Record for Intervenor Environmental Chemical Corporation and note the following information for correspondence and receipt of materials filed with the Court:

Richard B. Oliver
MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, Suite 800
Los Angeles, California 90071
(213) 243-6169
FAX: (213) 243-6330
roliver@mckennalong.com

Further, please enter the appearance of Alison L. Doyle as Of Counsel for Intervenor Environmental Chemical Corporation and note the following information for correspondence and receipt of materials filed with the Court:

Alison L. Doyle
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7604
FAX (202) 496-7556
adoyle@mckennalong.com

Respectfully submitted this 9th day of July, 2008.

s/Richard B. Oliver
Richard B. Oliver

MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, Suite 800
Los Angeles, California 90071
(213) 243-6169

Attorney of Record for Intervenor
Environmental Chemical Corporation