**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**
**ELECTRONICALLY FILED ON JULY 10, 2008**

| | | |
|---|---|---|
| ASHBRITT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00473 |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**ENVIRONMENTAL CHEMICAL CORPORATION**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I, Richard B. Oliver, Counsel of Record for Intervenor Environmental Chemical Corporation ("ECC"), certify that ECC has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/Richard B. Oliver

Richard B. Oliver
MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, Suite 800
Los Angeles, California 90071
(213) 243-6169

Attorney of Record for Intervenor
Environmental Chemical Corporation