IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| ASHBRITT, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 08-00473 Judge Williams |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

COMES NOW Plaintiff, AshBritt, Inc. ("AshBritt"), and, pursuant to the Rules of the United States Court of Federal Claims ("RCFC"), Appendix C, ¶ VII, and this Court's Order of July 1, 2008, moves to compel the Government to supplement the Administrative Record. At the initial status conference, held telephonically on July 1, 2008, the Court ordered the Government to produce the Administrative Record by July 18, 2008 and to include certain items therein. On July 18, 2008, AshBritt received the Administrative Record from the Government, but upon review discovered the following deficiencies:

1. The Government failed to include in the Administrative Record the technical proposals relating to subcontracting for all offerors within the competitive range. AshBritt had requested those proposals at the initial status conference, and the Court had ordered the Government to produce them, because AshBritt had received a reduced rating on its subcontracting plan, and that reduced rating forms the basis for one of AshBritt's protest grounds. AshBritt requires the subcontracting plans so that it may compare its marked-down proposal to the higher-rated plans and determine whether the Government scored the proposals

in a fair, even-handed, and consistent manner. The Government did include in the Administrative Record its evaluation notes regarding the offerors' subcontracting plans, but failed to include the proposed plans themselves.

2. Another of AshBritt's protest grounds turns on the Governments' revisions to and use of an Independent Government Estimate (IGE) in evaluating the offerors' price proposals. At the initial status conference, AshBritt requested, and the Court ordered produced, all detail, including backup information, regarding the Government's IGEs. The Government has produced copies of its initial IGE, dated 23 July 2007, and its final IGE, dated 21 March 2008. But the Government has failed to provide any of the several interim IGEs it had developed during the course of the evaluation process, some of which are referenced in the Government's source selection materials (including, for example, an IGE dated 12 September 2007). Moreover, the Government has failed to provide any notes, emails, memoranda, calculations, or other supporting or backup information of any kind regarding any of the IGEs. AshBritt requires this information in order to understand how and why the Government revised the initial IGE, which the Government had used as the basis for discussions with AshBritt and on which AshBritt relied.

3. In accordance with this Court's order, the Government has produced debriefing notes for all offerors in the competitive range, as well as the Agency Source Selection Plan. However, due to poor print quality and/or conversion from color copies to black and white copies, several sections of these documents are illegible and/or entirely grayed out. The problem occurs in certain of the color-coded boxes that indicate an offeror's technical rating. *See e.g.*, page 748 and page 799. AshBritt requests that the Government reproduce clear and legible copies – in color, if need be – of these documents.

4. In accordance with this Court's order, the Government has produced the original and revised Schedule B-1 pricing schedules for all offerors within the competitive range for each region for which they competed. However, many of the schedules are not clearly labeled, and it is often difficult to determine to which region a particular schedule is meant to apply. Accordingly, AshBritt requests that the Government reproduce these documents with appropriate coversheets or labels clearly identifying (i) the applicable region, and (ii) whether the schedule in question represents the offerors' original or revised price proposal.

5. The Government failed to include any documents behind Tab 17, which, according to the index to the Administrative Record, is supposed to contain Discussion Agendas for AshBritt and all Offerors in the Competitive Range (31 August 2007). AshBritt requests that the Government provide the missing documents for Tab 17.

For the foregoing reasons, AshBritt respectfully respects this Court to compel the Government to supplement the Administrative Record as set forth above.

Dated: July 24, 2008

Respectfully submitted,

[signature]

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*AshBritt, Inc.*

OF COUNSEL:

William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of July, 2008, a copy of the foregoing "Plaintiff's Motion to Supplement the Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor