**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid Protest***
**[FILED UNDER SEAL]**

| | | |
|---|---|---|
| ASHBRITT, INC.<br>480 South Andrews Avenue, Suite 103<br>Pompano Beach, Florida 33069<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>SERVE:<br><br>Defendant. | ) | No. 08-473<br>(Judge Williams) |

**CONSENT MOTION FOR ENLAGEMENT OF TIME**

Plaintiff, ASHBRITT, INC. (hereafter "AshBritt"), by and through its undersigned counsel, hereby moves for an enlargement of time to file its Motion for Judgment on the Administrative Record and Memorandum in Support thereof, and a comparable enlargement of subsequent dates currently scheduled. The additional time sought is an additional fourteen (14) days or until **September 8, 2008**. Defendant, the United States, and both of the Intervenors in this action have indicated their consent to this motion. Plaintiff AshBritt, Inc. states as follows:

1. Pursuant to the Court's July 1, 2008 Scheduling Order, the Government was to file the Administrative Record in this action no later than July 18, 2008.

2. The Government timely filed the Administrative Record on that date.

3. However, because AshBritt's counsel found that some requested documents were not included in the A.R., and as allowed by the Court's July 1, 2008 Scheduling Order, AshBritt

filed a Motion to Supplement the Administrative Record on July 24, 2008. The Government responded to this Motion on July 31, 2008.

4. On August 4, 2008 the Court held a telephonic conference and ruled in favor of AshBritt's Motion to Supplement the Administrative Record and ordered that all supplemental material be filed by August 8, 2008.

5. The Government filed a Supplement to the Administrative Record on August 8, 2008.

6. Upon reviewing the Supplement to the Record, AshBritt noted that several pieces of information were still missing from the record. Accordingly, on August 12, 2008 AshBritt sent the Government (and copied Intervenors' counsel) a letter via electronic mail outlining what additional documents were necessary to complete the record. The August 12, 2008 letter is attached.

7. The parties conferred on August 18, 2008 and the Government agreed to provide the missing items. The Government also agreed that an enlargement of time for the briefing schedule in this case would be reasonable given these delays in completing the Administrative Record.

8. The Plaintiff, by mutual consent of the Government and both Intervenors, requests that the following briefing dates be revised:

- Plaintiff's Motion for Judgment Upon the Administrative Record – will move from August 25, 2008 to September 8, 2008.
- Defendant and Intervenors' Cross-Motions for Judgment Upon the Administrative Record - will move from September 26, 2008 to October 10, 2008.
- Plaintiff's Reply to Defendant and Intervenors' Opposition – will move from October 10, 2008 to October 24, 2008.
- Defendant and Intervenors' Reply to Plaintiff's Opposition – will move from October 24, 2008 to November 7, 2008.

9. Plaintiff notes that this revised briefing schedule would require the Court to establish a new hearing date for this matter, currently set for October 31, 2008 at 2 p.m. The revised hearing date would be scheduled according to the Judge's calendar and availability.

WHEREFORE, the Plaintiff, with the consent of all parties, respectfully requests an enlargement of time to complete the necessary briefing in this matter.

Respectfully submitted,

/s/ David J. Taylor

SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*AshBritt, Inc.*

August 18, 2008

OF COUNSEL:
William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2008, a copy of the foregoing "Consent Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Taylor