# United States Court of Federal Claims

**No. 08-473C**
**Bid Protest**
**(Filed: August 20, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**ASHBRITT, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**CERES ENVIRONMENTAL SERVICES, INC. and ENVIRONMENTAL CHEMICAL CORPORATION,**

**Intervenors.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

On August 18, 2008, Plaintiff filed a consent motion for an enlargement of time within which to file its motion for judgment on the administrative record and memorandum in support thereof, and a comparable enlargement of subsequent dates currently scheduled. Good cause having been shown, the Court's scheduling order is amended as follows:

1. **September 8, 2008** Plaintiff's motion for judgment upon the administrative record

2. **October 10, 2008** Defendant and Intervenors' cross-motions for judgment upon the administrative record

3. **October 24, 2008** Plaintiff's reply to Defendant and Intervenors' opposition

| | | |
|---|---|---|
| 4. | **November 7, 2008** | Defendant and Intervenors' reply to Plaintiff's opposition |
| 5. | **November 20, 2008 at 11:00 a.m. ET** | **Oral Argument** will be held in Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. |

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**