**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*Bid Protest*

**[FILED UNDER SEAL]**

| | | |
|---|---|---|
| ASHBRITT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cv-473 |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR ASHBRITT, INC. TO FILE ADDITIONAL PAGES**

COMES NOW Plaintiff, AshBritt, Inc. ("AshBritt"), by and through its undersigned counsel, and, pursuant to Rule 5.3(b) of the Rules of the United States Court of Federal Claims ("RCFC") hereby moves for leave to attach exhibits to its memorandum in support of its motion for judgment on the administrative record that will take its total page count beyond the 40 page limit for lengths of initial briefs or memoranda set forth in Rule 5.3(b)(1). The Intervenors to this action have indicated their consent to this motion. Defendant, the United States takes no position on whether the Court should grant the requested relief. Plaintiff AshBritt, Inc. states as follows:

1. RCFC 5.3(b)(1) provides that a party's initial brief or memorandum shall not exceed forty pages.

2. AshBritt's memorandum itself will not exceed 40 pages. However, AshBritt has prepared a number of graphs that summarize data in the Administrative Record that it wishes to attach as exhibits. AshBritt believes that these graphs succinctly present the information discussed in its memorandum and will assist the Court and ease its burden in reviewing AshBritt's memorandum and understanding AshBritt's protest grounds.

3. AshBritt wishes to attach four exhibits consisting of approximately 30 demonstrative graphs in total. Because each graph depicts data relating to a single contract line item ("CLIN"), multiple graphs per exhibit are needed.

4. Accordingly, AshBritt requests that it be permitted to attach to its 40-page memorandum approximately 30 additional pages of demonstrative exhibits. AshBritt has conferred with counsel for the Intervenors, both of whom consent to this motion. AshBritt has also conferred with counsel for the Government, which takes no position regarding the motion at this time.

WHEREFORE, the Plaintiff, by and through the consent of the Intervenors, respectfully requests leave of the Court to file additional pages in this matter, as set herein.

Respectfully submitted,

/s/ David J. Taylor

SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*AshBritt, Inc.*

September 5, 2008

OF COUNSEL:
William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2008, a copy of the foregoing "Motion for AshBritt, Inc. to File Additional Pages" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Taylor