# United States Court of Federal Claims

**No. 08-473C**
**Bid Protest**
**(Filed: September 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**ASHBRITT, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**CERES ENVIRONMENTAL SERVICES, INC. and ENVIRONMENTAL CHEMICAL CORPORATION,**

**Intervenors.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE ADDITIONAL PAGES

On September 5, 2008, Plaintiff, pursuant to Rule 5.3(b) of the Rules of the United States Court of Federal Claims ("RCFC"), moved for leave to attach exhibits to its memorandum in support of its motion for judgment on the administrative record that will take its total page count beyond the 40 page limit for lengths of initial briefs or memoranda set forth in the Rule 5.3(b)(1) of the RCFC. Good cause having been shown, Plaintiff's motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**