**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*Bid Protest*

| | | |
|---|---|---|
| ASHBRITT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cv-473 |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING REDACTED DOCUMENTS**

Pursuant to the Court's July 1, 2008 Protective Order, Plaintiff, AshBritt, Inc. ("AshBritt") respectfully provides notice of filing of the following redacted documents relevant to this matter:

- Redacted Version: Memorandum in Support of Plaintiff's Motion for Judgment on the Administrative Record, for Declaratory and Injunctive Relief, and for Summary Judgment
- Redacted Version: AshBritt's Proposed Findings of Uncontroverted Fact and Attachments
- Redacted Version: Exhibits to AshBritt's Motion for Judgment on the Administrative Record, for Declaratory and Injunctive Relief, and for Summary Judgment

AshBritt served redacted versions of these documents on opposing counsel on Friday September 12, 2008. Counsel for the Government and Counsel for Intervenor ECC contacted AshBritt indicating that they had no further suggested redactions. Counsel for Intervenor Ceres did not respond to the proposed redactions.

Accordingly, AshBritt now files the Redacted Version of these documents pursuant to the Protective Order governing this matter.

Respectfully submitted,

/s/ David J. Taylor

SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff AshBritt, Inc.*

September 17, 2008

OF COUNSEL:
William J. Spriggs
Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of September 2008, a copy of the foregoing "Plaintiff's Notice of Filing Redacted Documents" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Taylor