REDACTED VERSION

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Bid Protest*

**[FILED UNDER SEAL]**

| | | |
|---|---|---|
| ASHBRITT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cv-473 |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ASHBRITT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

AshBritt, Inc. ("AshBritt") hereby submits the following Proposed Finding of Uncontroverted Fact in support of its motion for summary judgment:

1. Schedule B of Solicitation No. W912P8-07-R-0101 (the "Solicitation"), on which price evaluations were to be made, provides: "The following rate schedule shall be completed for the base period only. The rates shall be fully burdened with indirect cost and profit." Administrative Record ("AR") Tab 5 at 4 (Solicitation, § B.1).

2. [redacted] as the Automated Debris Management System ("ADMS") vendor on which their ADMS proposed pricing was based. AR Tab 18 at 481 (Written Summary of Oral Discussions with All Offerors in the Competitive Range, August 18, 2007 ) (referencing [redacted];

REDACTED VERSION

AR Tab 18 at 482 ([redacted]); Declaration of Jim Loomis ("Loomis Decl."), ¶ 2 (Att. A).

3. For contract line items ("CLINs") 0005AA through 0005AE under the Solicitation, all offerors in the competitive range based their price proposals on the identical underlying vendor costs of [redacted] Loomis Decl., ¶ 3.

4. Three offerors, [redacted] submitted final pricing revisions for CLINs 0005AA through 0005AE combined exactly equal to their vendor costs – [redacted] AR Tab 2 at 56 (Statement of Contracting Officer Submitted to GAO, Protest No. B-310442.3).

5. The final pricing revisions for CLINs 0005AA through 0005AE submitted by [redacted] were unburdened with indirect cost or profit. *Id.*; Loomis Decl., ¶ 4.

Respectfully submitted,

/s/ David J. Taylor

SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*AshBritt, Inc.*

September 8, 2008

OF COUNSEL:
William J. Spriggs

Stephen A. Klein
Katherine A. Allen
Rachel W. McGuane
Amanda L. Edwards
SPRIGGS & HOLLINGSWORTH

REDACTED VERSION

# ATTACHMENT 1

REDACTED VERSION

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*Bid Protest*

**[FILED UNDER SEAL]**

| | | |
|---|---|---|
| ASHBRITT, INC., Plaintiff, | ) | |
| v. | ) | No. 1:08-cv-473 |
| | ) | Judge Williams |
| THE UNITED STATES, Defendant. | ) | |

**<u>DECLARATION OF JIM LOOMIS</u>**

I, Jim Loomis, hereby declare and state as follows:

1. I am employed as a contract administrator for federal and state disaster services contracts and have functioned as consultant and contract administrator for AshBritt, Inc. ("AshBritt") in connection with Solicitation No. W912P8-07-R-0101 (the "Solicitation"). I have personal knowledge of the facts set forth below and could testify thereto if called upon to do so.

2. One of the contract line items ("CLIN") in the Solicitation, CLIN 0005 and its sub CLINs, is for an Automated Debris Management System ("ADMS"), which is a system that permits the generation of electronic debris removal load tickets in the field in place of paper load tickets. At the time proposals were submitted under the Solicitation, there was only one ADMS system on the market that met the requirements of the Solicitation – a system sold by Malcolm Pirnie, Inc. ("Malcolm Pirnie") called "HaulPass," which utilizes technology developed by the

Stratix Corporation. Therefore, all of the offerors under the Solicitation in the competitive range must have based their proposals on the assumption that Malcolm Pirnie's HaulPass system would be used, and that system must have formed the basis of their price proposals.

3. In an e-mail dated September 6, 2007, Malcolm Pirnie provided all of the offerors under the Solicitation in the competitive range with the identical cost for its HaulPass system of [redacted] (A true and correct copy of the September 6, 2007 Malcolm Pirnie is attached.) Accordingly, upon information and belief, all of the offerors in the competitive range must have had the identical vendor costs forming the basis of their price proposal for CLIN 0005.

4. Consistent with the requirements of the Solicitation, AshBritt's price proposal for CLIN 0005 (all subCLINs combined), [redacted] is fully burdened with indirect costs and a reasonable profit. If any offerors' submitted price proposals for CLIN 0005 is equal to or below the Malcolm Pirnie vendor costs of [redacted] then those price proposals would be unburdened.

5. I declare under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Jim Loomis (signature)
Jim Loomis

Sept 5, 2008
Date

# ATTACHMENT A

From: **John Noble** <jnoble@ashbritt.com>
Date: Sep 6, 2007 11:48 AM
Subject: RE: ADMS Pricing for ACI Proposal
To: "Rosania, Sam M." <SRosania@pirnie.com>
Cc: Ami Stephens <ami.stephens@stratixcorp.com>, "Jim Loomis (External)" <jim.loomis@gmail.com>, Matt Melillo <mmelillo@ashbritt.com>

Sam,

Thanks for the updated pricing. We will review the data and call you with any questions.

JN

---

**From:** Rosania, Sam M. [mailto:SRosania@PIRNIE.com]
**Sent:** Thursday, September 06, 2007 12:45 PM
**To:** John Noble
**Cc:** Ami Stephens
**Subject:** ADMS Pricing for ACI Proposal

Thank you for selecting the HaulPass™ automated debris management system (ADMS) solution for use in your response to the U.S. Army Corps of Engineers (USACE) Advance Contractor Initiative Request for Proposals. (ACI RFP) The USACE has issued some changes and clarifications with respect to the HaulPass ™ component of the ACI RFP as outlined in CLIN 0005 and respective subCLINs. The CLIN further defines the requirements and assumptions associated with ADMS pricing and also are intended to ensure that the ADMS solution is offered at a price that ensures maximum value to the U.S. Taxpayer.

REDACTED VERSION

In support of these USACE changes, and to provide you with the most competitive cost structure for your HaulPass™ offering Malcolm Pirnie and Stratix have mutually agreed that Malcolm Pirnie will take the lead role in supplying the HaulPass™ solution. Malcolm Pirnie and Stratix will continue to work together in offering this solution; however, contracts and pricing will be executed through Malcolm Pirnie.

As the creator of the HaulPass™ solution, Malcolm Pirnie is best positioned and excited to assume the lead role for the ACI Proposals. As in the last round of bid preparation, Malcolm Pirnie will provide the identical price to each Contractor submitting on the ACI RFP due September 10, 2007. .

Attached for your use are the revised pricing forms for the ADMS. The pricing provided is identical for each of the short listed firms. Should you have any questions or require additional information please do not hesitate to contact Sam Rosania at 813-505-1313 (cell) or Darius Stankunas at 813-417-0106 (cell).

Thank you for selecting HaulPass™ and we look forward to working with you on this most important endeavor.

Very truly yours

| | |
|---|---|
| MALCOLM PIRNIE, INC. | STRATIX Corporation |
| Sam M. Rosania, REM | Peter Dalpe |
| Vice President | VP of Sales |