REDACTED
VERSION

# EXHIBIT 1

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

E-000005

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

E-000008

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# EXHIBIT 2

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

E-000018

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# EXHIBIT 3

REDACTED
VERSION

REDACTED

E-000020

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# EXHIBIT 4

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

REDACTED

REDACTED
VERSION

# REDACTED

REDACTED
VERSION

REDACTED